*FILED IN OPEN COURT 3/1/07 KJK*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No.  07- |
| | ) | |
| TONY L. CLARK, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR DETENTION HEARING

NOW COMES the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f).  In support of the motion, the United States alleges the following:

1. **Eligibility of Case**.  This case is eligible for a  detention order because case involves (**check all that apply**):

\_\_\_\_\_     Crime of violence (18 U.S.C. § 3156)

\_\_\_\_\_     Maximum sentence life imprisonment or death

\_\_\_\_\_     10+ year drug offense

\_\_\_\_\_     Felony, with two prior convictions in above categories

\_\_\_\_\_     Minor victim

\_\_X\_\_     Possession/ use of firearm, destructive device or other dangerous weapon

\_\_\_\_\_     Failure to register under 18 U.S.C. § 2250

\_\_X\_\_     Serious risk defendant will flee

\_\_\_\_\_     Serious risk obstruction of justice

F I L E D

MAR   1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2. **Reason For Detention**.  The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

\_\_X\_\_     Defendant's appearance as required

\_\_X\_\_     Safety of any other person and the community

3. **Rebuttable Presumption**. The United States will/will not invoke the rebuttable presumption against defendant under § 3142(e).  (If yes) The presumption applies because (**check one or both**):

_____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

_____ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

_____ At first appearance

_X_ After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

1. At the time the offense was committed the defendant was:

_____ (a) on release pending trial for a felony;

_____ (b) on release pending imposition or  execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

_____ (c) on probation or parole for an offense.

_____ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

_____ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this ____1st____ day of _____March_____, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____

Seth Beausang
Assistant United States Attorney