AO 432 (Rev. 2/84)

**Administrative Office of the United States Courts**

## WITNESS AND EXHIBIT RECORD

| DATE 3/6/07 | CASE NUMBER 07-37M | OPERATOR Watson | | | PAGE NUMBER 1 | |
|---|---|---|---|---|---|---|
| NAME OF WITNESS | | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
| Patrick Fyock (ATF agent) | | 8:06a | 8:15a | 8:19a | 8:23a | MPT |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|

FILED
MAR 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE